**United States District Court**
For the Northern District of California

1

2

3

4

5

6
IN THE UNITED STATES DISTRICT COURT

7
FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
                                            No. CV 06-80154M CW

9
JEREMY CURD,
                                            ORDER RETURNING
10
          Plaintiff,                        COMPLAINT TO
                                            PLAINTIFF
11
     v.

12
HELLER DEVELOPMENT,

13
          Defendant.
                                                    /

14

15
     On January 26, 2006, this Court entered a pre-filing order in

16
regard to further actions filed by Plaintiff Jeremy Curd.  The pre-

17
filing order states:

18
          IT IS HEREBY ORDERED that the Clerk of this Court shall
          not accept for filing any further employment
19
          discrimination actions filed by Jeremy Curd until the
          complaint has first been reviewed by the Court.  A pre-
20
          filing review will be conducted before leave is granted
          to file the action.  If the complaint is an employment
21
          discrimination action, it will not be filed unless it
          presents sufficient and intelligible factual allegations
22
          that give rise to the claim.

23
     A pre-filing review of this complaint reveals that it is an

24
employment discrimination action that fails to present sufficient

25
and intelligible factual allegations that give rise to Plaintiff's

26
claim.  Therefore, this complaint will not be filed.  The Clerk of

27
the Court is directed to return to Plaintiff this complaint

28

**United States District Court**
For the Northern District of California

1   together with a copy of this Order.

2            5/8/08

3   Dated _____

CLAUDIA WILKEN
United States District Judge

4

5

6   Copies mailed as noted
    on the following page

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

JEREMY CURD,

4
                                                    Case Number: CV06-80154 CW
                Plaintiff,

5                                            **CERTIFICATE OF SERVICE**

    v.

6

HELLER DEVELOPMENT et al,

7

                Defendant.

8  _____/

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,

10 Northern District of California.

11 That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies)
   in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in

12 the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's
   office.

13

14

15 Jeremy  Curd
   844 Dubuque St.

16 So. San Francisco,  CA 94080

17 Dated: May 8, 2008

                                            Richard W. Wieking, Clerk
18                                          By: Sheilah Cahill, Deputy Clerk

19

20

21

22

23

24

25

26

27

28
                                            3